# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:14-CV-551-RJC-DCK

| | |
|---|---|
| **UNITED STATES OF AMERICA and the STATE of NORTH CAROLINA,** *ex rel.* **LEZLIE A. SLICE,**<br><br>　　　　**Plaintiffs,**<br>　v.<br><br>**THE CHARLOTTE-MECKLENBURG HOSPITAL AUTHORITY d/b/a CAROLINAS HEALTHCARE SYSTEM and CAROLINAS MEDICAL CENTER,**<br><br>　　　　**Defendants.** | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on "The Government's Notice Of Election To Decline Intervention And Motion To Unseal Complaint" (Document No. 45) filed July 18, 2019. The United States and the State of North Carolina, having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B) and N.C.G.S. § 1-608(b)(4)(b), the Court rules as follows:

**IT IS ORDERED** that,

　　1.　the "Complaint" (Document Nos. 4, 5, 6 & 7) and "The Government's Notice Of Election To Decline Intervention And Motion To Unseal Complaint" (Document No. 45) be unsealed;

　　2.　if Relator elects to proceed with this action pursuant to 31 U.S.C. § 3730(c)(3) and N.C.G.S. § 1-609(f), Relator shall serve the Complaint on Defendant within ninety (90) days of this Order;

3. all other contents of the Court's file in this action shall remain under seal and not be made public or served upon Defendant, except for the Complaint, this Order and The Government's Notice of Election to Decline Intervention, which the Relator will serve upon Defendant only after service of the Complaint;

4. the seal be lifted as to all other matters occurring in this action after the date of this Order;

5. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States and the State of North Carolina, as provided for in 31 U.S.C. § 3730(c)(3) and N.C.G.S. § 1-609(f). The United States and the State of North Carolina may order any deposition transcripts and are entitled to intervene in this action, for good cause, at any time;

6. the parties shall serve all notices of appeal upon the United States and the State of North Carolina;

7. all Orders of this Court shall be sent to the United States and the State of North Carolina; and that

8. should the Relator or Defendant propose that this action be dismissed, settled, or otherwise discontinued, they shall inform the Court whether the United States and the State of North Carolina consent to such proposal and if possible submit such consent in writing to the Court.

**SO ORDERED**.

Signed: July 18, 2019

David C. Keesler
United States Magistrate Judge

SEALED DOCUMENT with access to Specified Parties/Plaintiff.